UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 15-5443 MWF (JPRx)**                             Date: August 31, 2016

Title   Tyan, Inc., et al. v. Yovan Garcia, et al.

Present: The Honorable:   Michael W. Fitzgerald, United States District Court

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On August 29, 2016, the Court held a Final Pretrial Conference.  Attorney Joseph Fischback appeared on behalf of Plaintiff.  No appearances were made by Defendants Yovan Garcia; Mher Uzunyan, individually and doing business as PTS Security Services; Zachary Bonn; and Tyler Pedigo, all of whom are pro se.

The Court GRANTED Plaintiff's unopposed Motion in Limine No. 1 to Exclude Undisclosed Witnesses and Exhibits, filed August 8, 2016.  (Docket No. 95).

Each Defendant is ORDERED to show cause as to why terminating sanctions should not be imposed for his failure to appear at the Final Pretrial Conference and to participate in this action.  Each Defendant shall respond to the Order to Show Cause by **September 12, 2016,** either by (1) filing a notice of appearance by counsel or (2) appearing in person in Courtroom 1600 on that date at 11:30 a.m.  Failure to respond to this Order to Show Cause will result in the Court's striking the answer and inviting Plaintiff to request an entry of default by the Clerk and then entry of a default judgment.

The Court may not provide advice to any party, including persons who are not represented by a lawyer.  (Such persons are known as "pro se litigants.")

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 15-5443 MWF (JPRx)**                                  Date: August 31, 2016

Title        Tyan, Inc., et al. v. Yovan Garcia, et al.

However, this District does have a "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court. The Clinic is administered by Public Counsel, a public interest law firm, and it is staffed by lawyers and a paralegal. In order to benefit from the guidance that the Clinic may be in a position to provide, a pro se litigant has to go there directly. The Pro Se Clinic is open to members of the public on Mondays, Wednesdays, and Fridays, and is open from 9:30 a.m. to 12:00 p.m. (noon) and from 2:00 p.m. to 4:00 p.m. Individuals seeking assistance are seen on a first-come, first-served basis. The clinic is located in Room G-19 on the Main Street level of the United States Courthouse, 312 North Spring Street, Los Angeles, California.

Although the Clinic does not provide assistance telephonically, a pro se litigant may call the Clinic to obtain further information. The telephone number is (213) 385-2977, ext. 270. Again, the Clinic does not provide any assistance over the telephone; the purpose of a telephone call would be only to get more information about the Clinic. In addition, the Court has information of importance to pro se litigants at the "People Without Lawyers" link on its website, http://www.cacd.uscourts.gov.

IT IS SO ORDERED.

:
**Initials of Preparer**   SJM/RS