JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TYAN, INC., a corporation doing business as SECURITY SPECIALISTS,

               Plaintiff,

      v.

YOVAN GARCIA, an individual; JAMES CASPARI, an individual; MHER UZUNYAN, individually and doing business as PTS SECURITY SERVICES; INNOVATIVE PROTECTION, a business operating as an unknown entity; DTLA PATROL, a business operating as an unknown entity; CASTOLI PATROL & INVESTIGATIONS, a corporation; QUENTIN PRICE, an individual; RICHARD BALINT, an individual; LORENZO SANCHEZ, an individual; LUIS RAMIREZ, an individual; MIGUEL MENDOZA, an individual; ZACHARY BONN, an individual; JOSEPH TANNENHILL, an individual; TYLER PEDIGO, an individual; FRANCISCO GONZALEZ, an individual; JOSE HERNANDEZ, an individual; and DOES 1

Case No. CV 15-05443- MWF (JPRx)

**JUDGMENT AFTER TRIAL**

1 | through 20, inclusive,                                    )
2 |                          Defendants.                     )
3 |                                                          )
   | _____
4 |
5 |        This action was filed on July 17, 2015.  All claims have now been resolved  or
6 | dismissed against all parties,  as follows:
7 |        The following Defendants were dismissed pursuant to notice or stipulation:
8 | Defendant **Joseph Tannenhill** was dismissed on August 20, 2015 (Docket No. 26);
9 | Defendant **Jose Hernandez** was dismissed on October 12, 2015 (Docket No. 65);
10 | Defendants **James Caspari, DTLA Patrol,** and **Castoli Patrol and Investigations** were
11 | dismissed on February 11, 2016 (Docket No. 74); Defendant **Zachary Bonn** was
12 | dismissed on February 25, 2016 (Docket No. 75); Defendant **Quentin Price** was
13 | dismissed on March 14, 2016 (Docket No. 77); Defendant **Francisco Gonzalez** was
14 | dismissed on March 22, 2016 (Docket No. 79); Defendant **Lorenzo Sanchez** was
15 | dismissed on March 31, 2016 (Docket No. 82); Defendant **Miguel Mendoza** was
16 | dismissed on April 19, 2016 (Docket No. 88); Defendant **Tyler Pedigo** was dismissed on
17 | September 30, 2016 (Docket No. 108); and Defendant **Mher Uzunyan** was dismissed on
18 | July 31, 2017 (Docket No. 141).
19 |        The following Defendants were never served with process, and therefore the claims
20 | against them are dismissed:  Defendant **Innovative Protection**; Defendant **Richard**
21 | **Balint**; and Defendant **Luis Ramirez**.
22 |        Following a trial to the Court, the Court entered its Findings of Fact and
23 | Conclusions of Law as to Defendant **Yovan Garcia**.  (Docket No. 132).  Consistent with
24 | the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C)
25 | of the Federal Rules of Civil Procedure,
26 |        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the
27 | merits be entered as follows:
28 | ///

-2-

1. On Plaintiff's Claim for violation of the Computer Fraud Abuse Act, 18 U.S.C. § 1030(a)(4): The Court enters judgment in favor of Plaintiff Tyan, Inc. and against Defendant Yovan Garcia, in the amount set forth below.

2. On Plaintiff's Claim for violation of the Stored Communications Act, 18 U.S.C. § 2701(a): The Court enters judgment in favor of Plaintiff Tyan, Inc. and against Defendant Yovan Garcia, in the amount set forth below.

3. On Plaintiff's Claim for violation of the California Computer Data Access and Fraud Act, California Penal Code section 502: The Court enters judgment in favor of Plaintiff Tyan, Inc. and against Defendant Yovan Garcia, in the amount set forth below.

4. On Plaintiff's Claim for violation of the California Uniform Trade Secrets Act, California Civil Code section 3426: The Court enters judgment in favor of Plaintiff Tyan, Inc. and against Defendant Yovan Garcia, in the amount set forth below.

5. On Plaintiff's Claim for civil conspiracy: The Court enters judgment in favor of Defendant Yovan Garcia, and Plaintiff shall take nothing on this claim.

6. The total judgment entered against Defendant Yovan Garcia for all of the claims is **$318,661.70**.

Plaintiff is awarded its costs against Defendant Yovan Garcia as provided by law.

Dated: August 2, 2017.

MICHAEL W. FITZGERALD
United States District Judge