UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 15-5443-MWF(JPRx)**                     Dated: **September 8, 2017**

Title:    Tyan, Inc., et al. *-v-* Yovan Garcia

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Not Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        PRO SE DEFENDANTS:

Not Present                              Not Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER TAKING HEARING ON APPLICATION FOR PERMANENT INJUNCTION IN AID OF JUDGMENT AGAINST YOVAN GARCIA [145] OFF CALENDAR AND UNDER SUBMISSION**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for submission on the papers without oral argument. Accordingly, the hearing set on this motion for September 18, 2017, is vacated and taken off calendar. An order will issue.

IT IS SO ORDERED.


cc: Yovan Garcia

Initials of Deputy Clerk  rs
-1-                         :03 min

(yovang@me.com)

Initials of Deputy Clerk  rs
:03 min