FILED
CLERK, U.S. DISTRICT COURT

9/20/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYAN, INC., a California corporation doing business as SECURITY SPECIALISTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOVAN GARCIA, et al.,<br><br>　　　　　Defendants. | Case No. CV 15-5443-MWF(JPRx)<br><br>ORDER GRANTING APPLICATION FOR INJUNCTIVE RELIEF IN AID OF JUDGMENT AGAINST YOVAN GARCIA |

　　　　Before the Court is Plaintiff's Application for Injunctive Relief in Aid of Judgment Against Yovan Garcia, filed on August 21, 2017 (Docket No. 145). Good cause appearing therefor, the Court hereby GRANTS Plaintiff's Application.

　　　　Plaintiff has satisfied all of the requirements for permanent injunctive relief. In particular, Plaintiffs have demonstrated that they prevailed on the merits of the action pursuant to the Findings of Fact and Conclusions of Law issued by this Court on or about May 2, 2017. (Docket No. 132.)

　　　　Plaintiff has demonstrated that without injunctive relief, it would suffer substantial, irreparable harm and have no adequate remedy at law. The public interest favors an injunction, as the public interest always favors the enforcement of laws prohibiting disseminating private and confidential information, and

prohibiting violations of the California Uniform Trade Secrets Act, Computer Fraud and Abuse Act and the Stored Communications Act, and conspiracies in furtherance of such violations. Defendant Garcia also has no legal entitlement to publish such information and maintain a course of conduct proscribed by law.

Accordingly, this Court hereby permanently **ENJOINS** defendant Garcia from posting, publishing, or otherwise disseminating confidential or proprietary information relating to Security Specialists, especially information gained from the 2014 hack of the company's servers on any website, email, text message, or other methods of dissemination.

Furthermore, this Court hereby **ORDERS** defendant Garcia to take down and/or delete the websites, as well as the source images and videos at the following URLs within two (2) weeks of the issuance of the Order:

1. https://vk.com/videos118559931 (source video upload URL for video embedded on the CAPatrol.com website.);
2. www.capatrol.com;
3. www.capatrol.com/index.html;
4. www.capatrol.com/files.html;
5. www.capatrol.com/public;
6. www.capatrol.com/public/steveleon.jpg;
7. www.capatrol.com/BelAir.html;
8. www.capatrol.com/AngeloDrive.jpg;
9. Any other webpages and/or websites where source JPEGs and/or videos and/or other such content and media containing confidential or proprietary information related to Security Specialists are hosted.
10. Any other webpage related to the capatrol.com domain on which defendant Garcia has posted, published, or disseminated

confidential or proprietary information related to Security Specialists.

The Court reserves jurisdiction to modify, supplement or add to this order as circumstances warrant.

**IT IS SO ORDERED.**

DATED: September 20, 2017

_____
Honorable Michael W. Fitzgerald
United States District Judge