UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYAN, INC., a California corporation doing business as SECURITY SPECIALISTS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>YOVAN GARCIA, et al.,<br><br>　　　　　　Defendants. | Case No. CV-15-5443-MWF (JPRx)<br><br>**MODIFIED INJUNCTION IN AID OF JUDGMENT AGAINST YOVAN GARCIA** |

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to the Order to Show Cause re: Contempt against Defendant Yovan Garcia, issued on February 12, 2018. (Docket No. 161). The Court held a hearing on the Order to Show Cause on March 5, 2018.

Following the hearing, the Court modifies the Injunction as follows:

Defendant Garcia is **ENJOINED** from posting, publishing, or otherwise disseminating confidential or proprietary information relating to Security Specialists, especially information gained from the 2014 hack of the company's servers on any website, email, text message, or other methods of dissemination.

The Court reserves jurisdiction to further modify, supplement or add to this Injunction as circumstances warrant.

Dated: March 5, 2018  _____
          MICHAEL W. FITZGERALD
          United States District Judge